**08 CV 2746**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CURZON MARITIME LIMITED                  :

               Plaintiff,              :

- against -                                              :     ECF CASE

COMMODITIES INTERTRADE a/k/a.            :
COMMODITIES INTERTRADE PVT LTD.
                                       :

               Defendant.
-----------------------------------------------------------X

[MAR 14 2008 — U.S.D.C. S.D.N.Y. CASHIERS stamp]

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                        NONE.

Dated: March 14, 2008
       New York, NY

                                              The Plaintiff,
                                              CURZON MARITIME LIMITED

By: _____
     Claurisse Campanale-Orozco (CC 3581)
     Thomas L. Tisdale (TT 5263)
     TISDALE LAW OFFICES, LLC
     11 West 42nd Street, Suite 900
     New York, NY 10036
     (212) 354-0025 – phone
     (212) 869-0067 – fax
     corozco@tisdale-law.com
     ttisdale@tisdale-law.com