

# TISDALE
## LAW OFFICES, LLC

*By Hand*
The Honorable Richard M. Berman
United States District Court
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

June 6, 2008

USDC S
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/08

JUN 05 2008

Re: Curzon Maritime Limited v. Commodities Intertrade a/k/a Commodities Intertrade Pvt. Ltd.
Docket Number: 08 Civ. 2746
Our Reference Number: 08-1842

Dear Honorable Sir:

    We are attorneys for the Plaintiff, Curzon Maritime Limited, in the above captioned matter. Pursuant to your Honor's request, we report herewith on the status of the matter.

    On March 14, 2008 an ex parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared. Moreover, despite daily service of the Writ of Attachment on the garnishee banks, no assets have been restrained. Plaintiff has obtained an arbitration award and is attempting to seek security to enforce it. Arbitration in this matter has been completed in Plaintiff's favor and Defendant has not challenged the award.

    We respectfully request an additional 90-days to serve the Writ of Attachment to secure Plaintiff's claim. Subsequently, we will then file another status letter, as discussed with June 4 with Miss McKenna. Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for your indulgence in this request.

Respectfully submitted,

Claurisse Campanale-Orozco

dk

SO ORDERED:
Date: 6/10/08
Richard M. Berman
Richard M. Berman, U.S.D.J.

Plaintiff to provide status update on or before 9/12/08.